UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:08CV32

| | |
|---|---|
| EST, LLC, successor-in-interest to ENVIRONMENTAL SCIENCE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT C. SMITH, Individually, and WORKING CHEMICAL SOLUTIONS, INC.,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own motion.

On April 25, 2008, Plaintiff EST LLC ("EST") filed, in one document, a Complaint and Motion for Preliminary and Permanent Injunction and Motion to Stay Action and Compel Arbitration. Document #1 (Pl. Compl.). The Motion for a Preliminary Injunction and the Motion to Stay this Action and Compel Arbitration only include generalized allegations. Pl. Compl. 6-7. The Local Rules of this district require a brief to be filed in support of nearly every motion. See LCvR 7.1(C) (stating that "Briefs *shall* be filed contemporaneously with the motion") (emphasis added). Therefore, insofar as the Plaintiff seeks immediate relief from the Court in the form of a preliminary injunction or an order staying this present action and compelling arbitration, the Plaintiff must file a brief in support of those motions.

**IT IS, THEREFORE, ORDERED** that the Plaintiff file a brief in support of any motion upon which it seeks immediate relief by the Court.

1

**IT IS SO ORDERED.**

Signed: May 2, 2008

Richard L. Voorhees
United States District Judge