# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:08-CV-32-RLV-DCK

| | |
|---|---|
| EST, LLC, Successor-in-Interest to ENVIRONMENTAL SCIENCE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT C. SMITH, Individually, and WORKING CHEMICAL SOLUTIONS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The Court notes that the undersigned issued an Order (Document No. 27) on March 31, 2009, staying the case and compelling arbitration. There has been no reported activity in this matter for the past year.

**IT IS, THEREFORE, ORDERED** that the parties shall file a status report or a stipulation of dismissal on or before **April 16, 2010**.

**SO ORDERED**.

Signed: March 30, 2010

David C. Keesler
United States Magistrate Judge