# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:08-CV-032-RLV-DCK

| | |
|---|---|
| EST, LLC, Successor-in-Interest to ENVIRONMENTAL SCIENCE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT C. SMITH, Individually, and WORKING CHEMICAL SOLUTIONS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The Court notes that the undersigned issued an Order (Document No. 27) on March 31, 2009, staying the case and compelling arbitration. Plaintiff filed a Status Report (Document No. 30) on April 7, 2010, indicating that arbitration would be scheduled on or before May 31, 2010, or Plaintiff would seek appropriate relief with the Court. There has been no further action since that Status Report.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal, or file a status report and **SHOW CAUSE** why this action should not be dismissed, on or before **October 20, 2010**.

Signed: October 5, 2010

_____
David C. Keesler
United States Magistrate Judge