# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:08-CV-32-RLV-DCK

| | |
|---|---|
| EST, LLC, Successor-in-Interest to ENVIRONMENTAL SCIENCE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT C. SMITH and WORKING CHEMICAL SOLUTIONS, INC., <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Seal Certain Exhibits To Defendants' Brief In Opposition To Plaintiff's Motion To Vacate, Modify, And Confirm Arbitration Award" (Document No. 37) filed April 12, 2011. This has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Seal Certain Exhibits To Defendants' Brief In Opposition To Plaintiff's Motion To Vacate, Modify, And Confirm Arbitration Award" (Document No. 37) is **GRANTED**, and the Court will seal Exhibits A, C, D, E and F (Document Nos. 36-2, 36-4, 36-5, 36-6 and 36-7).

**SO ORDERED**.

Signed: April 12, 2011

David C. Keesler
United States Magistrate Judge