# United States District Court
# For The Western District of North Carolina
# Statesville Division

EST, LLC, successor-in-interest to
ENVIRONMENTAL SCIENCE
TECHNOLOGIES, LLC,

      Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                                  5:08CV32

ROBERT C. SMITH, Individually,
and WORKING CHEMICAL
SOLUTIONS, INC.,

      Defendants,

vs.

HANK PARKER, ROBERT E.
HULSLANDER, JR., AND IVAN
HAWTHORNE,

      Third-Party Defendants.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2011 Order.

                                                  Signed: May 24, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court